JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIUS BYES,<br><br>    Petitioner,<br><br>vs.<br><br>BPT STATE OF CALIFORNIA, et al.,<br><br>    Respondents. | Case No. CV 08-0852-DSF (RNB)<br><br>**J U D G M E N T** |

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 3-10-08

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE